# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| COFFEE CAPITAL &   DEVELOPMENT, LLC, | |
| Plaintiff, | Case No. |
| v. | Hon. |
| RPT RESTAURANT ACCOUNTING SERVICES, LLC. | Oakland County Circuit Court Case No. 2023-203385-CB |
| Defendant. | |

_____

| | |
|---|---|
| Mark C. Vanneste (P73001)<br>HOWARD & HOWARD ATTORNEYS PLLC<br>Attorneys for Plaintiff<br>450 W. Fourth St.<br>Royal Oak, MI  48067<br>(248) 645-1483<br>mv@h2law.com | Brion B. Doyle (P67870)<br>VARNUM LLP<br>Attorneys for Defendant<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>bbdoyle@varnumlaw.com<br><br>K. Scott Wagner (pro hac vice admission pending)<br>ATTOLLES LAW, S.C.<br>Attorneys for Defendant<br>222 E. Erie Street, Suite 210<br>Milwaukee, WI  53202<br>(414) 285-0892<br>swagner@attolles.com |

_____

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441

_____

Defendant RPT Restaurant Accounting Services, LLC ("RPT") by and through their counsel, Varnum LLP, hereby gives notice of removal of Case No. 2023-203385-CB from the Circuit Court of Oakland County, Michigan, to the United States District Court for the Eastern District of Michigan. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446. As grounds for removal, RPT states as follows:

## Introduction

1. On October 23, 2023, Plaintiff commenced a civil action against RPT by filing a Summons and Complaint in the Circuit Court of Oakland County, Michigan captioned: *Coffee Capital & Development, LLC v. RPT Restaurant Accounting Services, LLC* (the "Complaint"). No other process, pleadings or orders have been served on RPT in this action.

2. The Circuit Court of Oakland County, Michigan, is located within the Eastern District of Michigan.

3. Pursuant to 28 U.S.C. § 1446(a), the Summons and Complaint from the Oakland County action are attached as **Exhibit A**.

4. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon the other party and a copy is being filed with the clerk of courts in Oakland County, Michigan.

5. Plaintiff is a Michigan Limited Liability Company, with its principal place

of business in Michigan. Compl. ¶ 1.

6. Upon information and belief, none of the members of Plaintiff are domiciled in or residents or citizens of Wisconsin.

7. Defendant RPT is a Wisconsin limited liability company with its principal place of business in Wisconsin. Compl. ¶ 2.

8. All of RPT's members are citizens of Wisconsin.

9. The Complaint is an initial pleading for purposes of § 1446(b).

10. The Complaint was served upon RPT by personal service on November 17, 2023. Removal of this action on this date is therefore proper and timely.

11. As discussed below, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because the Plaintiff is a citizen of a different state than the Defendant and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### **This Notice is Timely Filed in Accordance with § 1446(b)(1)**

12. This Notice of Removal is timely because it is filed within thirty days of the date on which the Defendant was served with a copy of the initial pleading setting forth Plaintiff's claim and causes of action. *See* 28 U.S.C. § 1446(b)(1).

13. Further, this Notice of Removal is proper because it is being filed within one year of the commencement of this action by Plaintiff. *See id.* § 1446(c)(1).

**Complete Diversity of Citizenship Exists Under § 1332(a)**

14. Pursuant to 28 U.S.C. § 1332(a), which provides for removal where (1) the amount in controversy exceeds $75,000, exclusive of interest and costs, and (2) complete diversity exists between plaintiff and defendant. See *e.g; Page v. Democratic Nat'l Comm.,* 2 F. 4th 630, 634 (7th Cir. 2021).

15. Per the allegations of the Complaint, complete diversity exists between Plaintiff, a citizen of Michigan, and Defendant, a citizen of Wisconsin.

16. Diversity of citizenship between Plaintiff and Defendant existed at the time this action was commenced by Plaintiff on October 23, 2023 and continues through the date of filing of this Notice of Removal.

**The Amount in Controversy Exceeds the Threshold of § 1332(a) and § 1446(c)(2)**

17. Pursuant to 28 U.S.C. § 1446(c)(2), removal is proper if the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1446(c)(2)(B).

18. In its Complaint, Plaintiff seeks $103,490.21 for RPT's alleged negligence. Complaint at ¶¶ 18, 20.

19. Therefore, RPT has a good-faith belief that the amount in controversy in this action exceeds $75,000, and jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1332, § 1441, and § 1446, entitling RPT to removal.

20. Additionally, venue is proper in this district pursuant to 28 U.S.C. §

1441(a), because 28 U.S.C. § 130(b) provides that this Court is the federal district court embracing Oakland County.

21. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Oakland County.

## Non-Waiver of Defenses

22. By removing this action from the Circuit Court of Oakland County, Michigan, Defendant does not waive any defenses available to it.

23. By removing this action from the Circuit Court of Oakland County, Michigan, RPT does not admit any of the allegations in Plaintiff's Complaint or concede that any amounts are actually due to Plaintiff.

**WHEREFORE**, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) based on diversity of citizenship between Plaintiff and Defendant, and Defendant RPT hereby removes the above-captioned action from the Circuit Court Oakland County, Michigan, to the United States District Court for the Eastern District of Michigan.

                                          Respectfully submitted,

Dated: December 15, 2023        By:  */s/ Brion B. Doyle*
                                          Brion B. Doyle (P67870)
                                          VARNUM LLP
                                          Attorneys for Defendant
                                          Bridgewater Place, P.O. Box 352
                                          Grand Rapids, MI 49501-0352
                                          (616)336-6000
                                          bbdoyle@varnumlaw.com

                                          K. Scott Wagner (pro hac vice admission pending)
                                          ATTOLLES LAW, S.C.
                                          Attorneys for Defendant
                                          222 E. Erie Street, Suite 210
                                          Milwaukee, WI  53202
                                          (414) 285-0892
                                          swagner@attolles.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2023, I served the foregoing ***Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §1441*** to all counsel of record by ECF Notice (to the extent possible) and by e-mail and U.S. Mail at their addresses as reflected in the caption above.

                                          Respectfully submitted,

                                          */s/ Brion B. Doyle*
                                            Brion B. Doyle (P67870)

22121274.1