**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COFFEE CAPITAL & DEVELOPMENT, LLC,

    Plaintiff,

                                                 Case No. 23-13203

v.                                          District Judge F. Kay Behm

RPT RESTAURANT ACCOUNTING
SERVICES, LLC,

    Defendant.
_____/

**ORDER RESCINDING ORDER OF**
**REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY ORDERED that the Order Referring Matter for Settlement Conference to United States Magistrate Judge Anthony Patti (ECF No. 22), is RESCINDED.


Dated:  June 7, 2024                  /s/F. Kay Behm_____
                                            F. KAY BEHM
                                            UNITED STATES DISTRICT JUDGE